USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _12-5-19_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                              **ORDER**

                              18-CR-314 (ALC)

       -v-

Jeffrey Coffman,

            Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Today's sentencing is adjourned to **January 23, 2020** at **10:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
       December 5, 2019

                                            **ANDREW L. CARTER, JR.**
                                            **UNITED STATES DISTRICT JUDGE**