USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-23-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x
          :
UNITED STATES OF AMERICA :
          :
   -against-   :        **ORDER**
          :
Gregory Price  :        18-CR-314 (ALC)
          :            Docket #
------------------------------------------x


Andrew L. Carter, Jr., **DISTRICT JUDGE**.
       Judge's Name

The attorney retained in this case,

Harvey Fishbein   is hereby ordered
   Attorney's Name

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA atty.


                              SO ORDERED.

                              /s/ Andrew L. Carter, Jr.
                              **UNITED STATES DISTRICT JUDGE**


**Dated:** January 23, 2020