USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-23-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
                                     :
UNITED STATES OF AMERICA             :
                                     :
        -against-                    :      **ORDER**
                                     :
                                     :
Gregory Price                        :      18-CR-314  (ALC)
                                     :      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                     :          Docket #
-------------------------------------x


Andrew L. Carter, Jr._____, **DISTRICT JUDGE**.
     Judge's Name

The attorney retained in this case,

__Jodi Morales_____ is hereby ordered
     Attorney's Name

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA atty (associate counsel).

                                    SO ORDERED.

                              _____
                              **UNITED STATES DISTRICT JUDGE**


         January 23, 2020
Dated: _____