USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-24-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                               **ORDER**

                                               18-CR-314 (ALC)

        -v-

Gregory Price,

               Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Today's sentencing scheduled for 12:00 p.m. is adjourned to **May 28, 2020** at

**10:00 a.m.**

      SO ORDERED.

Dated: New York, New York
       February 24, 2020

                                                  **ANDREW L. CARTER, JR.**
                                                **UNITED STATES DISTRICT JUDGE**