**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| -against- | : | **18-CR-314 (ALC)** |
| | : | |
| | : | **ORDER** |
| GREGORY PRICE, | : | |
| | : | |
| Defendants. | : | |
| | : | |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

     The May 28, 2020 sentencing is adjourned to **July 17, 2020** at **10:00 a.m.**

**SO ORDERED.**

**Dated: May 22, 2020**
       **New York, New York**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**