USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-9-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                         **ORDER**
                                                      18-CR-314 (ALC)

        -v-

Gregory Price,

                Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The July 17, 2020 sentencing is adjourned to **September 22, 2020** at **3:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
         July 9, 2020

                                                          **ANDREW L. CARTER, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**