USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/22/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  -against-

**GREGORY PRICE,**

       **Defendant.**

-------------------------------------------------------------------- x

**18-CR-314 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

  The sentencing scheduled for September 22, 2020 is adjourned to **January 28, 2021** at **10:00 a.m.**

**SO ORDERED.**

**Dated:**  **New York, New York**
     **September 21, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**