# THE LAW OFFICE OF JODI MORALES

888 Grand Concourse, Suite 1H, Bronx, NY 10451
E: jodi@jlmoraleslaw.com
P/F: 646-582-0400
www.jlmoraleslaw.com

---

March 18, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/19/21
```

By ECF & Email

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

        Re:    **United States v. Gregory Price**
                  **18 Cr. 314 (ALC)**

Dear Judge Carter:

    I am associate counsel to Harvey Fishbein under the CJA Mentoring Program for the Southern District of New York and we represent Gregory Price in the above referenced matter. Mr. Price is scheduled to be sentenced March 29, 2021, however we respectfully request that the Court adjourn this case for approximately 60 days. The purpose of this adjournment is to permit us to further pursue possible post incarceration services for Mr. Price. We have conferred with the Government and the Government does not object to this application.

                                    Respectfully submitted,

                                    ___/s/_____
                                    JODI MORALES
                                    646-582-0400

cc:    Jeffrey C. Coffman
        Assistant United States Attorney
        (by ECF & Email)

The application is **GRANTED.** Sentencing adjourned to 6/2/21 at 11 a.m.
So Ordered.

*/s/ Andrew L. Carter*
3/19/21