USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/2/21__

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,  :
                                   Plaintiff,  :
                                                                                                                       18-CR-314 (ALC)
       -against-  :
                                                   **ORDER**
GREGORY PRICE,  :
                                   Defendant.  :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for today is adjourned to **June 10, 2021** at **3:30 p.m.**

**SO ORDERED.**

Dated:       New York, New York
                June 2, 2021

_____
       **ANDREW L. CARTER, JR.**
       **United States District Judge**