ORIGINAL

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 6-11-21 |

---

**UNITED STATES**

vs.

Gregory Price

---

**18** Cr. **314** ( ALC )

Order

To: U.S. Marshals Office

**It is hereby ordered :**

That the Defendant, Gregory Price                , Reg # 76149-054

having been sentenced in the above case to a term of  Time Served; The U.S. Marshals are to

release the defendant unless any  pending warrants, detainers or other issues  are encountered.

_____
**United States District Judge**

6/10/2021
_____
**Date**