UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                                                  **ORDER**
                                                18-CR-314 (ALC)

-against-

Gregory Price,

                  Defendant(s)
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A Telephone Violation of Supervised Release Hearing is set for **October 6, 2021** at **10:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

SO ORDERED.

Dated: New York, New York
       September 28, 2020

                                                  _____
                                                  ANDREW L. CARTER, JR.
                                                  UNITED STATES DISTRICT JUDGE