```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/6/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                     Plaintiff,

    -against-

GREGORY PRICE,

                     Defendant.

------------------------------------------------------------------ x

18-CR-314 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Telephone Violation of Supervised Release hearing scheduled for today is adjourned to **4:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
           October 6, 2021

                                               _____
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**