```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-3-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                        Plaintiff,

    -against-                              18-CR-314 (ALC)

GREGORY PRICE,                     **ORDER**

                        Defendant.

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release Hearing is set for **April 4, 2023** at **12:45 p.m.**

SO ORDERED.

Dated:    New York, New York
           March 3, 2023

                                              _____
                                              ANDREW L. CARTER, JR.
                                              United States District Judge