UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
UNITED STATES OF AMERICA,                  :
                                           :
                        Plaintiff,         :
                                           :    18-CR-314 (ALC)
            -against-                      :
                                           :    ORDER
GREGORY PRICE,                             :
                                           :
                        Defendant.         :
                                           :
                                           :
------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-4-23

ANDREW L. CARTER, JR., District Judge:

IT IS HEREBY ORDERED THAT THE WRIT IS SATISFIED.

SO ORDERED.

Dated:   New York, New York
         April 4, 2023

*/s/ Andrew L. Carter, Jr.*
ANDREW L. CARTER, JR.
United States District Judge