USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-5-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-                                    18-CR-314 (ALC)

GREGORY PRICE,                        **ORDER**

                Defendant.

------------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

    A Violation of Supervised Release Hearing is set for **January 8, 2024** at **2:00 p.m.**

SO ORDERED.

Dated:    New York, New York
              January 5, 2024

                                                _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**