USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-11-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                      Plaintiff,

                                                        18-CR-314 (ALC)

  -against-

GREGORY PRICE,                                    <u>ORDER</u>

                      Defendant.

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

     A Violation of Supervised Release Hearing is set for **February 22, 2024** at **3:30 p.m.**

SO ORDERED.

Dated:     New York, New York
             January 11, 2024

                                                          */s/ Andrew L. Carter, Jr.*
                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**