|  | USDC SDNY |
|---|---|
|  | DOCUMENT |
|  | ELECTRONICALLY FILED |
|  | DOC#: _____ |
|  | DATE FILED: 2-28-24 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
        -against-                   :            **ORDER**
:
GREGORY PRICE                       :
:            18-CR-314 (ALC)
:            _____
:            Docket #
------------------------------------x


Andrew L. Carter, Jr.
_____, DISTRICT JUDGE:
      Judge's Name

The C.J.A. attorney assigned to this case

Jodi Morales
_____ is hereby ordered substituted
      Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Harvey Fishbein  , NUNC-PRO-TUNC  10/16/21
                     _____                _____
                         Attorney's Name

                              SO ORDERED.

                              /s/ Andrew L. Carter
                              _____
                              UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         February 22, 2024