```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-28-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                      Plaintiff,

   -against-                                18-CR-314 (ALC)

GREGORY PRICE,                   **ORDER**

                      Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

      IT IS HEREBY ORDERED THAT THE WRIT IS SATISFIED.

SO ORDERED.

Dated:     New York, New York
            February 22, 2024

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**